AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

UNITED STATES OF AMERICA

v.

D2, Hassan Kamal Fayad,

## JUDGMENT OF ACQUITTAL

Case No. 22-cr-20188-2

Honorable Matthew F. Leitman

Counsel for Defendant Hassan Kamal Fayad, having moved for a Judgment of Acquittal pursuant to Rule 29, of the Federal Rules of Criminal Procedure; and for the reasons stated on the record, the Court having granted in part said motion; **NOW THEREFORE**,

**IT IS HEREBY ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated in Counts 1s-5s ONLY of the Superseding Indictment.

s/Matthew F. Leitman

Signature of Judge

Matthew F. Leitman, U.S. District Judge

Name and Title of Judge

January 18, 2024

Date