UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D2, HASSAN KAMAL FAYAD,

    Defendant.

_____/

Criminal No. 22-cr-20188-2
Hon. Matthew F. Leitman

**STIPULATION TO VACATE JURY'S
GUILTY VERDICT AND DISMISS COUNT SIX**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America ("the Government") and Defendant Hassan Kamal Fayad, by and through undersigned counsel, and the parties hereby move, pursuant to Federal Rules of Criminal Procedure 33 and 48(a), to vacate the jury verdict of guilty returned on January 22, 2024 on Count Six in the above-referenced matter and to dismiss with prejudice in Count Six of the Superseding Indictment in the above-referenced matter and all other outstanding counts in the underlying matter.

| | |
|---|---|
| IT IS STIPULATED. | Date: November 26, 2024 |
| | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br>U.S. Department of Justice,<br>Tax Division |
| | /s/ Jorge Almonte<br>Jorge Almonte (DC 481391)<br>Assistant Chief<br>U.S. Department of Justice, Tax Division<br>150 M Street, N.E., Ste 1.125<br>Washington D.C. 20002<br>(202) 305-3676<br>Jorge.Almonte@usdoj.gov |
| /s/ James Amberg<br>James Amberg, Esq. (MI P68564)<br>*Counsel for Defendant Hassan Kamal Fayad*<br>Amberg & Amberg PC<br>32121 Woodward Ave, PH10<br>Royal Oak, MI 48703<br>(248) 681-6255<br>jamberg@amberglaw.net | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D2, HASSAN KAMAL FAYAD,

      Defendant.

_____/

Criminal No. 22-cr-20188-2
Hon. Matthew F. Leitman

## ORDER VACATINGE JURY'S GUILTY VERDICT AND DISMISSING COUNT SIX

Counsel for the United States of America and Defendant Hassan Kamal Fayad, having agreed, and the parties having moved, pursuant to Fed. R. Crim. P. 33 and 48(a), to vacate the jury verdict of guilty returned on January 22, 2024, on Count Six in the above-referenced matter and to dismiss with prejudice Count Six of the Superseding Indictment in the above-referenced matter and all other outstanding counts in the underlying matter, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the jury verdict of guilty returned on January 22, 2024, on Count Six in the above-referenced matter for Defendant Hassan Kamal Fayad is vacated.

**IT IS FURTHER ORDERED** that Count Six of the Superseding Indictment in the above-referenced matter and all other outstanding counts in the underlying matter are dismissed with prejudice.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 4, 2024