UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D6, ROSINA ANGELO,

    Defendants.

_____/

Criminal No. 22-cr-20188
Hon. Matthew F. Leitman

## **STIPULATION TO DISMISS COUNTS SEVEN, EIGHT, AND TEN**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America ("the Government") and Defendants Michael Angelo, Hassan Kamal Fayad, Mirna Kamal Fayad, and Rosina Angelo ("the Defendants"), by and through undersigned counsel, and the Government hereby moves, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss with prejudice Counts Seven, Eight and Ten in the Superseding Indictment in the above-referenced matter and all other outstanding counts in the underlying matter against the Defendants in the matter.

IT IS STIPULATED.                         Dated: November 26, 2024

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice,
Tax Division

/s/ Jorge Almonte
Jorge Almonte (DC 481391)
Assistant Chief
U.S. Department of Justice,
Tax Division
150 M Street, N.E., Ste 1.125
Washington D.C. 20002
(202) 305-3676
Jorge.Almonte@usdoj.gov

/s/ R. Michael Bullotta
R. Michael Bullotta, Esq. (MI P85866)
*Counsel for Defendant Michael Angelo*
Bullotta Law
615 Griswold St. (Suite 1620)
Dearborn, MI 48124
(313) 400-5776
michael@bullottalaw.com

/s/ Kimberly W. Stout
Kimberly W. Stout, Esq. (MI P38588)
*Counsel for Defendant Mirna Kamal Fayad*
Kimberly W. Stout, PC
370 E Maple Rd Fl 3
Birmingham, MI 48009-6303
(248) 258-3181
wadesmom1@aol.com

/s/ Patrick H. Hurford
Patrick J. Hurford, Esq. (MI P82903)
*Counsel for Defendant Rosina Angelo* Patrick Hurford PLLC
500 Griswold, Suite 2400
Detroit, MI 48226
(313) 938-0693
patrick@hurford.law

/s/ James Amberg
James Amberg, Esq. (MI P68564)
*Counsel for Defendant Hassan Kamal Fayad*
Amberg & Amberg PC
32121 Woodward Ave, PH10
Royal Oak, MI 48703
(248) 681-6255
jamberg@amberglaw.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D6, ROSINA ANGELO,

    Defendants.
_____/

Criminal No. 22-cr-20188
Hon. Matthew F. Leitman

## **ORDER DISMISSING COUNTS SEVEN, EIGHT, AND TEN**

Counsel for the United States of America ("the Government") and the Defendants Michael Angelo, Hassan Kamal Fayad, Mirna Kamal Fayad, and Rosina Angelo ("Defendants"), having agreed, and the Government having moved, pursuant to Fed. R. Crim. P. 48(a), to dismiss, with prejudice, Counts Seven, Eight, and Ten of the Superseding Indictment in above-referenced matter and all other outstanding counts in the underlying matter, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that Counts Seven, Eight, and Ten of the Superseding Indictment and all other outstanding counts in the underlying matter are dismissed with prejudice.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  December 4, 2024